IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AARON IBARRA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:13-CV-3486-WBH |
| v. | ) | |
| | ) | |
| SMYRNA CUSTOM GLASS | ) | |
| & MIRROR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Aaron Ibarra, along with Smyrna Custom Glass & Mirror, Inc., (together, the "Parties"), by their representative undersigned counsel, hereby stipulate as follows, subject to the approval of the Court, that:

1. The action will be dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs incurred in this action.

{SIGNATURES ON FOLLOWING PAGE}

Respectfully submitted this 10th day of March, 2015.

| | |
|---|---|
| */s/ Muna H. Claxton* | */s/Alisa W. Ellenburg* |
| Muna H. Claxton | Alisa W. Ellenburg |
| Georgia Bar No. 508508 | Georgia Bar No. 702420 |
| Claxton Law Group, LLC | Vernis & Bowling of Atlanta, LLC |
| 545 North McDonough Street, Suite 201 | 7100 Peachtree Dunwoody Rd Suite 300 |
| Decatur, GA 30030 | Atlanta, GA 30328 |
| Telephone: (404) 669-6119 | Telephone: (404) 846-2001 |
| Facsimile: (404) 475-3089 | Facsimile: (404) 846-2002 |
| Attorney for Plaintiff | Attorney for Defendant |